

# ZIMBABWE

## 115 CROWHILL ROAD | BORROWDALE | HARARE

## TEL: 77 661 5520

7 January, 2026

Elnora Chikaka

**Re: Payroll Disbursements – Elnora Chikaka  ID#1845**

Dear Ms. Chikaka:

Per your request, below are your payroll disbursements from October to December, 2025.

| Payroll Date | Amount | YTD Amount |
| --- | --- | --- |
| 03–10-2025 | $ 1666.66 | $  6666.66 |
| 17-10-2025 | $ 1666.67 | $  8333.33 |
| 31-10-2025 | $ 1666.67 | $10000.00 |
| 14-11-2025 | $ 2500.00 | $12500.00 |
| 28-11-2025 | $ 2500.00 | $15000.00 |
| 12-12-2025 | $ 2500.00 | $17500.00 |
| 26-12-2025 | $ 2500.00 | $20000.00 |
|  |  |  |

Accounts Department